IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 06-cv-02538-AP

KENNETH VELASQUEZ,

    Plaintiff,

v.

MICHAEL J. ASTRUE,[1] Commissioner of Social Security,

    Defendant.

## JOINT CASE MANAGEMENT PLAN FOR SOCIAL SECURITY CASES

1. APPEARANCES OF COUNSEL AND *PRO SE* PARTIES

    For Plaintiff:
    MICHAEL W. SECKAR
    Law Office of Michael W. Seckar, P.C.
    402 W. 12th Street
    Pueblo, CO 81003
    (719) 543-8636
    seckarlaw@mindspring.com

    For Defendant:
    THOMAS H. KRAUS
    Special Assistant United States Attorney
    Social Security Administration
    Office of the General Counsel
    1961 Stout Street, Suite 1001A
    Denver, Colorado  80294
    (303) 848-0017
    tom.kraus@ssa.gov

---

[1] On February 12, 2007, Michael J. Astrue became the Commissioner of Social Security and should, therefore, be substituted for Acting Commissioner Linda S. McMahon as Defendant in this action. *See* 42 U.S.C. § 405(g); Fed. R. Civ. P. 25(d)(1).

**2.     STATEMENT OF LEGAL BASIS FOR SUBJECT MATTER JURISDICTION**

The Court has jurisdiction based on section 205(g) of the Social Security Act, 42 U.S.C. § 405(g).

**3.     DATES OF FILING OF RELEVANT PLEADINGS**

    **A.     Date Complaint Was Filed:** December 18, 2006

    **B.     Date Complaint Was Served on U.S. Attorney's Office:** January 3, 2007

    **C.     Date Answer and Administrative Record Were Filed**: March 1, 2007

**4.     STATEMENT REGARDING THE ADEQUACY OF THE RECORD**

The parties state that the record is complete.

**5.     STATEMENT REGARDING ADDITIONAL EVIDENCE**

The parties state there is no additional evidence.

**6.     STATEMENT REGARDING WHETHER THIS CASE RAISES UNUSUAL CLAIMS OR DEFENSES**

The parties state that this case raises no unusual claims or defenses.

**7.     OTHER MATTERS**

None.

**8.     PROPOSED BRIEFING SCHEDULE**

    **A.     Plaintiff's Opening Brief Due:** May 7, 2007

    **B.     Defendant's Response Brief Due:**   June 6, 2007

    **C.     Plaintiff's Reply Brief (If Any) Due:**   June 21, 2007

**9. STATEMENTS REGARDING ORAL ARGUMENT**

    A.    **Plaintiff's Statement:** Plaintiff does not request oral argument

    B.    **Defendant's Statement:** Defendant does not request oral argument.

## 10. CONSENT TO EXERCISE OF JURISDICTION BY MAGISTRATE JUDGE

*Indicate below the parties' consent choice.*

    A.    ( ) **All parties have consented to the exercise of jurisdiction of a United States Magistrate Judge.**

    B.    (X) **All parties have not consented to the exercise of jurisdiction of a United States Magistrate Judge.**

## 11. OTHER MATTERS

THE PARTIES FILING MOTIONS FOR EXTENSION OF TIME OR CONTINUANCES MUST COMPLY WITH D.C.COLO.LCivR 7.1(C) BY SUBMITTING PROOF THAT A COPY OF THE MOTION HAS BEEN SERVED UPON THE <u>MOVING ATTORNEY'S CLIENT</u>, ALL ATTORNEYS OF RECORD, AND ALL PRO SE PARTIES.

## 12. AMENDMENTS TO JOINT CASE MANAGEMENT PLAN

*The parties agree that the Joint Case Management Plan may be altered or amended only upon a showing of <u>good cause</u>.*

DATED this 2nd day of April, 2007.

                            BY THE COURT:

                             *S/John L. Kane*
                            U.S. DISTRICT COURT JUDGE

APPROVED:

| | |
|---|---|
| s/ Michael W. Seckar | TROY A. EID |
| MICHAEL W. SECKAR | UNITED STATES ATTORNEY |
| Law Office of Michael W. Seckar, P.C. | |
| 402 W. 12th Street | s/ Kurt J. Bohn |
| Pueblo, CO 81003 | KURT J. BOHN |
| (719) 543-8636 | Assistant U.S. Attorney |
| seckarlaw@mindspring.com | 1225 Seventeenth Street, Suite 700 |
| | 17th Street Plaza |
| Attorney for Plaintiff | Denver, Colorado 80202 |
| | (303) 454-0100 |
| | kurt.bohn@usdoj.gov |
| | |
| | s/ Thomas H. Kraus |
| | By: THOMAS H. KRAUS |
| | Special Assistant U.S. Attorney |
| | Social Security Administration |
| | Office of the General Counsel |
| | 1961 Stout Street, Suite 1001A |
| | Denver, Colorado 80294 |
| | (303) 844-0017 |
| | tom.kraus@ssa.gov |
| | |
| | Attorneys for Defendant |