IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Robert E. Blackburn

Civil Action No. 06-cv-02538-REB

KENNETH VELASQUEZ,

    Plaintiff,

v.

MICHAEL J. ASTRUE, Commissioner of Social Security,

    Defendant.

## AMENDED ORDER REVERSING DISABILITY DECISION
## AND REMANDING TO COMMISSIONER

**Blackburn, J.**

The matter before the court is plaintiff's **Unopposed Motion For Amended Judgment** [#27], filed April 22, 2008. After careful review of the motion and the file, the court has concluded that the motion should be granted and that the court's **Order Reversing Disability Decision and Remanding To Commissioner** [#22], entered March 20, 2008, should be amended to require that the plaintiff be awarded his costs.

**THEREFORE, IT IS ORDERED** as follows:

    1. That the **Unopposed Motion For Amended Judgment** [#27], filed April 22, 2008, is **GRANTED**;

    2. That the court's **Order Reversing Disability Decision and Remanding To Commissioner** [#22], entered March 20, 2008, is **AMENDED** to require that the plaintiff

is **AWARDED** his costs, to be taxed by the Clerk of the Court pursuant to Fed.R.Civ.P.54(d)(1) and D.C.COLO.LCivR 54.1.

Dated April 23, 2008, at Denver, Colorado.

**BY THE COURT:**

**s/ Robert E. Blackburn**
**Robert E. Blackburn**
**United States District Judge**