IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Robert E. Blackburn

Civil Action No. 06-cv-02538-REB

KENNETH VELASQUEZ,

    Plaintiff,

v.

MICHAEL J. ASTRUE, Commissioner of Social Security,

    Defendant.

## ORDER GRANTING ATTORNEY FEES

**Blackburn, J.**

This matter is before the Court on the parties' **Stipulated Motion for Award of Attorney's Fees Pursuant to the Equal Access to Justice Act, 28 U.S.C. §2412** [#30] filed June 17, 2008. Having reviewed the motion and the file, the court has concluded that the motion should be granted.

**THEREFORE, IT IS ORDERED** as follows:

1. That the parties' **Stipulated Motion for Award of Attorney's Fees Pursuant to the Equal Access to Justice Act, 28 U.S.C. §2412** [#30] filed June 17, 2008, is **GRANTED**;

2. That Plaintiff, Kenneth Velasquez, is **AWARDED** attorney fees in the amount of Five Thousand Nine Hundred Dollars ($5,900.00) under the Equal Access to Justice Act, 28 U.S.C. §2412; and

3. That the attorney fees **SHALL BE MADE PAYABLE** to Plaintiff and mailed to Plaintiff's attorney.

Dated July 1, 2008, at Denver, Colorado.

BY THE COURT:

s/ Robert E. Blackburn
Robert E. Blackburn
United States District Judge